IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

BENJAMIN L. EAGLE                                                                              PLAINTIFF

v.                                    Case No. 4:10-cv-1512-DPM

HONORABLE DUSTIN MCDANIEL,
Attorney General of Arkansas;
HONORABLE HERBERT T.
WRIGHT JR., Judge; RAYMOND
BOYLES, Arkansas Department of
Insurance Prosecutor; SHIRLEY
HARRISON, Arkansas Department of
Insurance Investigator; MONTY
VICKERS, Arkansas Department of
Insurance Investigator; PROGRESSIVE
INSURANCE COMPANY; JOSH
SANDERS, Adjuster; and TOM JAMES,
Special Investigator                                                                           DEFENDANTS

JUDGMENT

Eagles's claims against Attorney General McDaniel, Judge Herbert Wright, and Prosecutor Raymond Boyles are dismissed with prejudice. Eagle's § 1983 negligence claims against Shirley Harrison and Monty Vickers are also dismissed with prejudice. The rest of his claims are dismissed

without prejudice. An *in forma pauperis* appeal from this Judgment would not be taken in good faith. 28 U.S.C.A. § 1915(a)(3) (West 2006).

So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

20 January 2011